**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

Civil Action No. ____________________

**MENDOCINO RAILWAY, a California corporation**,

Plaintiff,

v.

**HOPPER METALS, INC., a Wyoming corporation**,

Defendant.

---

## MENDOCINO RAILWAY'S CORPORATE DISCLOSURE STATEMENT

---

Mendocino Railway, by and through its counsel, Hall & Evans, LLC, hereby submits Plaintiff's Corporate Disclosure Statement, pursuant to F.R.C.P. 7.1, and states as follows:

1. Mendocino Railway is a privately held general stock corporation which is incorporated under the laws of the State of California, and which is headquartered in California.

2. Mendocino Railway is a wholly owned subsidiary of Sierra Railroad Company.

3. Sierra Railroad Company is a privately held general stock corporation which is incorporated under the laws of the State of California, and which is headquartered in California.

WHEREFORE, Plaintiff Mendocino Railway respectfully submits the foregoing Corporate Disclosure Statement.

DATED this 26th day of September, 2025.

Respectfully Submitted,

By: */s/ Andrew Reitman*
Andrew P. Reitman, Esq., Wyo. #7-5946
HALL & EVANS, L.L.C.
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202-2052
Telephone: 303-628-3300
Facsimile: 303-628-3368
Email: reitmana@hallevans.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, 2025, I electronically filed the foregoing **BNSF RAILWAY COMPANY'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the NextGen CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Gina Grazio*
Gina Grazio, Legal Assistant