**hoppermetals, Inc.**
**PO Box 273**
**Shoshoni, WY 82649**
**Mike Dimick - 307-840-2850**

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING
2022 JAN 20 AM 10: 21
TIM J. ELLIS, CLERK

January 17, 2022

**Exhibit 1**

US Bankruptcy Court
District of Wyoming
2120 Capitol Avenue - 6th Floor
Cheyenne, WY 82001

Regarding: Wasatch Railroad Contractors
EIN: 20-2515732
Case No. 21-20392
Doc 125 Filed 1/3/22

To Whom it May Concern,

hoppermetals, Inc. owned by Mike Dimick, received a notice of the motion to dismiss Wasatch Railroad Contractors bankruptcy case dated January 3, 2022.
I, Mike Dimick, would like this opportunity to object due to the following reason, attached you will find a copy of the certified letter postmarked November 6, 2021, that contained a check for Wasatch Railcar Contractors in the amount of $14,200.00. The envelope was rejected and returned to the Shoshoni Post Office December 24, 2021. I had tried on numerous occasions prior to November 3, 2021, to contact John *Rimmasch regarding the situation. Phone calls to John Rimmasch were not accepted*, and messages were not returned, therefore I sent the attached letter with a check.
In the dismissal it states the reason for dismissing the case being hoppermetals did not honor an agreement to pay. I would like the dismissal revised and not have the blame placed on hoppermetals, as I tried to honor the agreement to the best of my ability. hoppermetals should not be treated as the scapegoat while so many businesses lose out on hundreds of thousands of dollars.
Based on the submitted documents, we would request you review this information and consider my request to not dismiss this case.

Please see enclosed documents.

Sincerely,

Mike Dimick
hoppermetals

CC Markus Williams Young & Hunsicker LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001

Hoppermetals

PO BOX 273

Shoshoni, WY 82649

Nov. 3, 2021

Attention: John Rimmasch

Wasatch Railroad Contractors

This letter is intended to bring closure to the scrap metal transaction between Wasatch Railroad and hoppermetals referenced as "Aluminum Coal Cars".

In the first quarter of 2021, a verbal agreement was made between company presidents to purchase approximately 50-120 rail cars for scrap metal recycling. At that time, the anticipated purchase price for hoppermetals was .225-.245 per pound which was agreed. Materials were to be sold and the profits used first to resolve previous debt owed to hoppermetals, then reimburse Wasatch. In accordance with this rate, hoppermetals purchased a used metal baler to prepare the said materials for mill specifications in the amount of approximately $250,000. Scrap metal began being received roughly April-May 2021 to the property of hoppermetals.

Unforeseen circumstances revolving around Wasatch Railroad, (industrial accident, EPA/DEQ investigations, chapter 11 bankruptcy) have stressed the dealing with the recycling project. Furthermore, there have been discrepancies in actual weight quantities received in materials to be recycled. Thus, it has been determined the best option is to resolve debt, pay for material received, and move forward on separate paths.

At this time, hoppermetals is willing to acknowledge the receipt of approximately 160,000 pounds of mixed metals. Actual weight will be scaled as the materials are prepared for shipment and any overage will be paid to Wasatch at the for mentioned rate.

Enclosed in this letter you find a check totaling $14,200.00 payable to: Wasatch Railroad Contractors

We acknowledge 160,000 pounds @ market price of .245 as agreed: $39,200

We acknowledge previous debt to be in excess of $25,000 for services rendered.

At this time, we consider these dealing to be final.

Mike Dimick

Mike DImick

President: hoppermetals

hoppermetals Inc. 01/10

Wasatch Railroad Contractors

11-3-21

$14200.08

3852

7018 1130 0000 5273 3562

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 3.75

Extra Services & Fees (check box, add fee as appropriate)
- [X] Return Receipt (hardcopy) $ 3.05
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postmark Here: SHOSHONI WY NOV - 5 2021 USPS 82649

Postage
$ .58

Total Postage and Fees
$ 7.38

Sent To
Wasatch Railroad Contractors

Street and Apt. No., or PO Box No.
PO Box 20425

City, State, ZIP+4®
Cheyenne, WY 82003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**hoppermetals**
PO Box 273
Shoshoni, WY 82649

**CERTIFIED MAIL**

7018 1130 0000 5273 3562

CASPER WY 826
NOV 2021 FM 1

FIRST-CLASS

US POSTAGE
$ 007.38[0]
02 7H
0001327427 NOV 05 2021
MAILED FROM ZIP CODE 82649

Refused

12/24 clt

Wasatch Railroad Contractors
Attn: John Rimmasch
PO Box 20425
Cheyenne

NIXIE 809 1 12/12/2021

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
REFUSED
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999955

8200337010-9999

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wasatch Railroad Contractors
Attn John Rimmasch
PO Box 20425
Cheyenne, WY 82003

9590 9402 6537 1028 9261 42

2. Article Number (Transfer from service label)

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
...Mail Restricted Delivery
...0)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt